ACCEPTED
03-14-00737-CV
5574702
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 2:40:07 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00737-cv

_____

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 2:40:07 AM
JEFFREY D. KYLE
Clerk

_____

CHASE CARMEN HUNTER, APPELLANT/PLAINTIFF v. DAVID MATTAX IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF INSURANCE, AND THE TEXAS DEPARTMENT OF INSURANCE, APPELLEES/DEFENDANTS

_____

APPELLANT'S REQUEST THAT CLERK OF THIS COURT PROVIDE THE COURT ORDER(S) REFERENCED IN THE LETTER HE SENT TO THE APPEALLANT ON JUNE 5, 2015.

_____

From Cause D-1-GN-13001957 In The 250th District Travis County, Texas, The Honorable John K. Dietz Presiding

_____

Chase Carmen Hunter, pro se
340 S. Lemon Ave. #9039
Walnut, CA 91789
Telephone: 707-706-3647
Facsimile: 703-997-5999
Chase_Hunter@yahoo.com

TO: THE JUSTICES OF THIS COURT

On about June 5, 2015, Appellant received a letter from the clerk of this court which is attached but did not receive the court order(s) referenced in this letter.

WHEREFORE, Appellant asks that this court direct the clerk of this court to provide the court order(s) referenced in this letter.

Respectfully Submitted,

/s/ Chase Carmen Hunter

Chase Carmen Hunter
Appellant, pro se
340 S. Walnut Ave. #9039, Walnut, CA 91789
Tel: 707-706-3647, Fax: 703-997-5999
Email: Chase_Hunter@yahoo.com

## CERTIFICATION

I, Chase Carmen Hunter, swear under penalty of perjury that the foregoing statements are true and correct.

_____          ____6/7/2015____
Chase Carmen Hunter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon the parties shown below as indicated:

Cynthia A. Morales
Assistant Attorney General
By Efile on June 7, 2015
Cynthia.Morales@texasattorneygeneral.gov
Facsimile: (512) 477-2348

Chase Carmen Hunter

FILE COPY



# COURT OF APPEALS

THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

June 5, 2015

Ms. Chase Carmen Hunter
340 S. Lemon Ave. #9039
Walnut, CA 91789
* DELIVERED VIA E-MAIL *

Ms. Cynthia A. Morales
Assistant Attorney General
Financial Litigation, Tax, and Charitable
Trusts Division
P. O. Box 12548 (MC 017-6)
Austin, TX 78711
* DELIVERED VIA E-MAIL *

RE: Court of Appeals Number: 03-14-00737-CV
    Trial Court Case Number: D-1-GN-13-001957

Style: Chase Carmen Hunter
       v. Texas Department of Insurance, Eleanor Kitzman in her (former) capacity, and Julia
       Rathgeber in her official capacity

Dear Ms. Hunter and Counsel:

Appellant's motion for en banc reconsideration and motion to reverse the trial court's order were denied by this Court on the date noted above.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *E. Talerico*

Liz Talerico, Deputy Clerk